**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Bell, Joyce Elizabeth    JOINT DEBTOR: _____    CASE NO.: 13-20368-PGH
Last Four Digits of SS# 0214    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $2,006.33 for months 1 to 5;
B. $2,042.10 for months 6 to 60;
C. $_____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00    TOTAL PAID $ 3,500.00
          Balance Due    $_____ payable $_____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. 650-700 Beach Road Condo Assoc.    Arrearage on Petition Date $ 48,064.23
Address: 1 Turtle Road               Arrears Payment   $ 801.07 /month (Months 1 to 60)
         Vero Beach, FL 32960         Regular Payment  $ 829.00 /month (Months 1 to 60)
Account No: xO152

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Northern Trust Company 755 Beachland Blvd. Vero Beach, FL 32963-1746 Account No. X6185 | 2006 Mercedes C350 Value: $15,986.00 Principal Balance: $9,169.50 | 5.0% | 173.04 | 1 to 60 | $10,382.59 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service    Total Due $ 1,250.00
                               Payable $ 20.83 /month (Months 1 to 60) Regular Payment $_____

Unsecured Creditors: Pay $ 32.51 /month (Months 6 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
In the event the debtor recovers any non-exempt proceeds from their pending lawsuit, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____      _____
Debtor                                Joint Debtor
Date: 5/16/13                         Date: _____

LF-31 (rev. 01/08/10)